AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Douglas Gunnink, et al

v.

United States Government, et al

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01292
Assigned To : Robertson, James
Assign. Date : 7/19/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

**U.S. ATTORNEY**
**501 3RD. ST. N.W.**
**WASHINGTON, D.C. 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Douglas Gunnink
Janet Gunnink
25303 461 St. Avenue
Gaylord, MN. 55334

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

JUL 19 2007
DATE

**RECEIVED**
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE August 6, 2007 |
| NAME OF SERVER (PRINT) **Karen Diane Lyimo** | TITLE N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I mailed the a true and correct copy of issued Summons, Notice of Right to Consent to Trial Before U.S. Magistrate, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, and Complaint on **August 6, 2007** by Certified Mail addressed as follows:

   United States of America
   c/o U.S. Attorney
   Attn: Civil Process Clerk
   501 Third Street, NW
   Washington D.C. 20530    Certified Mail: 7006 2150 0002 8727 0999

   United States of America
   c/o United States Attorney General
   Attn: Civil Process
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001   Certified Mail: 7006 2150 0002 8727 0982

   The Summons and Complaint were delivered to the U.S. Attorney General on August 10, 2007 and on the U.S. Attorney on August 14, 2007 (see **Exhibit A**).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Postage $12.56 | $12.56 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-20-07          *(signature)*
            Date            Signature of Server

Karen Diane Lyimo
6620 340th Street
Gibbon, Minnesota 55335

Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States of America
   c/o U.S. Attorney's Office
   Attn: Civil Process Clerk
   501 Third Street, NW
   Washington D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   AUG 14 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0002 8727 0999

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0985

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States of America
   c/o United States Attorney General
   Attn: Civil Process
   950 Pennsylvania Ave NW
   Washington D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   AUG 10 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0002 8727 0982

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0985

| EXHIBIT | PAGE | of |
|---|---|---|
| A | | |