AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Douglas Gunnink, et al
V.
United States Government, et al

SUMMONS IN A CIVIL CASE

CASE
Case: 1:07-cv-01292
Assigned To : Robertson, James
Assign. Date : 7/19/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)
U.S. Department of Treasury
1500 Pennsylvania Ave. N.W.
Washington, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)
Douglas Gunnink
Janet Gunnink
25303 461 St. Avenue
Gaylord, MN. 55334

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 19 2007
DATE

(By) DEPUTY CLERK

**RECEIVED**
SEP 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me''' | August 6, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Karen Diane Lyimo | |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I mailed the a true and correct copy of issued Summons, Notice of Right to Consent to Trial Before U.S. Magistrate, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form and Complaint on **August 6, 2007** by Certified Mail addressed as follows:

Department of the Treasury
c/o U.S. Attorney
Attn: Civil Process Clerk
501 Third Street, NW
Washington DC 20530
Certified Mail No. 7006 2150 0002 8727 1026

Department of the Treasury
Attn. Civil Process
1500 Pennsylvania Avenue NW
Washington, DC 20225
Certified Mail No 7006 2150 0002 8727 1002

United States Attorney General
Attn. Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7006 2150 0002 8727 1019

The issued Summonses (with the above inclusion) and Complaints were delivered to the U.S. Attorney General and the Department of the Treasury on August 10, 2007, and to the U.S. Attorney on August 14, 2007 **see Exhibit A, Exhibit B and Exhibit C**.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Postage $18.84 | $18.84 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-20-07        *[signature]*
            Date          Signature of Server

Karen Diane Lyimo
66020 340th Street
Gibbon, Minnesota 55335
_____
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

USPS - Track & Confirm                         http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number  7006 2150 0002 8727 1002
Detailed Results
- Delivered, August 10, 2007, 7:28 am, WASHINGTON, DC 20220
- Arrival at Unit, August 10, 2007, 6:03 am, WASHINGTON, DC 20022
- Acceptance, August 06, 2007, 4:15 pm, GAYLORD, MN 55334

Track & Confirm
Enter Label/Receipt Number

Go >

< Back            Return to USPS.com Home

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email   Go >

POSTAL INSPECTORS     site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



United States Postal Service
track & confirm
Delivered 7:28 AM
August 10, 2007 in
Washington D.C. 20220



9/10/2007 3:22 PM