AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Douglas Gunnink, et al
V.
United States Government, et al

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01292
Assigned To : Robertson, James
Assign. Date : 7/19/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)
Douglas Gunnink
Janet Gunnink
25303 461 St. Avenue
Gaylord, MN. 55334

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUL 19 2007
DATE

**RECEIVED**
SEP 24 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>**August 6, 2007** |
| NAME OF SERVER (PRINT)<br>**Karen Diane Lyimo** | TITLE |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I mailed the a true and correct copy of issued Summons, Notice of Right to Consent to Trial Before U.S. Magistrate, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, and Complaint on **August 6, 2007** by Certified Mail addressed as follows:

Internal Revenue Service
c/o U.S. Attorney
Attn: Civil Process Clerk
501 Third Street, NW.
Washington DC 20530
Certified Mail No. 7006 2150 0002 8727 0913

Internal Revenue Service
Attn: Civil Process
1111 Constitution Ave., N.W.
Washington, DC 20224
Certified Mail No. 7005 2570 0000 5734 7976

United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7005 2570 0000 5734 7969

The issued Summons (with the above inclusions) and Complaint were delivered to the U.S. Attorney General and the IRS on August 10, 2007, and to the U.S. Attorney on August 14, 2007 see **Exhibit A, Exhibit B** and **Exhibit C)**.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Postage $18.84 | TOTAL<br>$18.84 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-20-07        *Karen Diane Lyimo*
          Date                 Signature of Server

Karen Diane Lyimo
66020 340th St
Gibbon, Minnesota 55335

Address of Server

[1] as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Internal Revenue Service<br>Attn: Civil Process<br>1111 Constitution Ave., N.W<br>Washington, DC 20224 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7005 2570 0000 5734 7976 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 2ACPRI-03-Z-0985 |

| EXHIBIT | PAGE | |
|---|---|---|
| B | | |


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0000 5734 7976**
Detailed Results:

- **Delivered, August 10, 2007, 6:21 am, WASHINGTON, DC 20224**
- **Notice Left, August 10, 2007, 5:49 am, WASHINGTON, DC 20224**
- **Arrival at Unit, August 10, 2007, 5:36 am, WASHINGTON, DC 20022**
- **Acceptance, August 06, 2007, 4:13 pm, GAYLORD, MN 55334**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy