IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLAS GUNNINK and<br>JANET GUNNINK, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 1:07CV01292 |
| UNITED STATES GOVERNMENT aka<br>UNITED STATES OF AMERICA,<br>a FEDERAL CORPORATION; INTERNAL<br>REVENUE SERVICE and<br>DEPARTMENT OF THE TREASURY aka<br>UNITED STATES TREASURY, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO TRANSFER VENUE**

This case concerns plaintiffs' claims regarding various federal tax collection activities, constitutional challenges, seeking to quiet title to real property and to recover damages. The defendants filed a motion to dismiss the complaint on October 4, 2007, which the parties have fully briefed. The Court has not yet ruled on defendants' motion to dismiss.

Defendants do not object to plaintiffs' motion to transfer venue. This position is, however, contingent upon defendants' motion to dismiss, currently pending *sub judice*, being transferred along with the complaint to the District of Minnesota. This will avoid the unnecessary delay and expense of the parties being required to refile their respective pleadings. This result is proper given that the plaintiffs selected the current

forum in which to file their complaint.

Dated: March 12, 2008

                                        Respectfully submitted,

                                            /s/ Benjamin J. Weir
                                        BENJAMIN J. WEIR (D.C. Bar No. 494045)
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Tel: (202) 307-0855   Fax: (202) 514-6866

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

I, Benjamin J. Weir, certify that on March 12, 2008, I caused a true and correct copy of the foregoing to be served via U.S. Mail, postage prepaid, upon the following:

>   Douglas and Janet Gunnink
>   25303 461st Ave.
>   Gaylord, MN 55334.

>   /s/ Benjamin J. Weir
>   BENJAMIN J. WEIR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS GUNNINK and<br>JANET GUNNINK,<br><br>            Plaintiffs,<br><br>  v.<br><br>UNITED STATES GOVERNMENT aka<br>UNITED STATES OF AMERICA,<br>a FEDERAL CORPORATION; INTERNAL<br>REVENUE SERVICE and<br>DEPARTMENT OF THE TREASURY aka<br>UNITED STATES TREASURY,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:07CV01292<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered plaintiffs' motion to transfer venue, defendants' response thereto, and for good cause shown, it is:

ORDERED that plaintiffs' motion to transfer venue to the United States District Court for the District of Minnesota is GRANTED;

ORDERED that defendants' motion to dismiss this case, and all briefing related thereto, is transferred to the United States District Court for the District of Minnesota for its consideration; and

ORDERED that the case pending in this District be closed.

_____
UNITED STATES DISTRICT JUDGE

3121914.1