UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOUGLAS GUNNINK, *et al.*,          :
                                    :
    Plaintiffs,                    :
                                    :
  v.                                : Civil Action No. 07-1292 (JR)
                                    :
UNITED STATES OF AMERICA, *et*      :
*al.*,                              :
                                    :
    Defendants.                    :

### ORDER

Upon consideration of plaintiffs' motion to transfer venue to the District of Minnesota pursuant to 28 U.S.C. § 1404(a) and the government's response, which does not oppose the transfer but rightly asks that the case be transferred "subject to" with the government's fully-briefed motion to dismiss, it is

**ORDERED** that this case, together with and subject to the government's fully-briefed motion to dismiss, is transferred pursuant to 28 U.S.C. § 1404(a) and by consent to the United States District Court for the District of Minnesota.  There being no opposition to this transfer, the Clerk is directed to effect it forthwith.


                                      JAMES ROBERTSON
                       United States District Judge